# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **TERRANCE LAMOUNT JAMES,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 3:23-cv-00677-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| **TODD ISHEE, et al.,** | ) | |
| | ) | |
| Respondents. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 6, 2023 Memorandum of Decision and Order.

December 6, 2023

Katherine Hord Simon, Clerk
United States District Court